**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>    Motors Liquidation Company, *et al.*,<br>      f/k/a General Motors Corp., *et al.*,<br><br>                      Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG)<br><br>(Jointly Administered) |
| Official Committee of Unsecured Creditors of Motors Liquidation Company f/k/a General Motors Corporation,<br><br>                      Plaintiff,<br>  -against-<br><br>JPMorgan Chase Bank, N.A.,<br><br>                      Defendant. | Adversary Proceeding<br><br>Case No. 09-00504 (REG) |

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2009 I caused to be filed by electronic filing with the United States Bankruptcy Court for the Southern District of New York the letter addressed to the Honorable Robert E. Gerber dated September 10, 2009 using the ECF system which will send notification of such filing to registered users in the case; and to be served via U.S. First Class Mail on the following at the addresses set forth below.

                      Harvey R. Miller
                      Weil, Gotshal & Manges LLP
                      767 Fifth Avenue
                      New York, NY 10153

                      Andy Velez-Rivera
                      Office of the United States Trustee
                      For the Southern District of New York
                      33 Whitehall Street, 21st Floor
                      New York, NY 10004

Dated: New York, New York
September 10, 2009

                                BUTZEL LONG
                                a professional corporation

                        By: /s/ Eric B. Fisher
                             Eric B. Fisher