Hearing Date and Time: October 21, 2010 at 9:45 a.m. (Prevailing Eastern Time)
Objection Deadline: August 5, 2010 at 4:00 p.m. (Prevailing Eastern Time)

BUTZEL LONG, a professional corporation
Barry N. Seidel
Eric B. Fisher
Katie L. Cooperman
380 Madison Avenue, 22nd Floor
New York, New York 10017
Telephone: (212) 818-1110

*Special Counsel to the Official Committee of Unsecured Creditors of Motors Liquidation Company f/k/a General Motors Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case |
| MOTORS LIQUIDATION COMPANY, *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF MOTORS LIQUIDATION COMPANY f/k/a GENERAL MOTORS CORPORATION, | Adversary Proceeding<br>Case No. 09-00504 (REG) |
| Plaintiff, | |
| vs. | |
| JPMORGAN CHASE BANK, N.A., *et al.*, | |
| Defendants. | |

**NOTICE OF HEARING ON MOTION OF**
**OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS FOR PARTIAL SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that upon the Statement of Undisputed Material Facts Pursuant to Local Bankruptcy Rule 7056-1, Plaintiff's Memorandum of Law in Support of Motion for Partial Summary Judgment and the Declaration of Eric B. Fisher in Support of Plaintiff's Motion

for Summary Judgment, all of which are dated July 1, 2010, the Official Committee of Unsecured Creditors (the "**Committee**") of Motors Liquidation Company f/k/a General Motors Corporation and its affiliated debtors, as debtors in possession, shall move this Court for an order, pursuant to Rule 56 of the Federal Rules of Civil Procedure, Rule 7056 of the Federal Rules of Bankruptcy Procedure and Rule 7056-1 of the Local Bankruptcy Rules, granting the Committee's motion for partial summary judgment and granting such other relief as the Court deems just and proper. A hearing on this motion will be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004, on October 21, 2010 at 9:45 a.m. (Eastern Time), or as soon thereafter as counsel may be heard.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief sought by this motion must be made in writing, with a hard copy to chambers, conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules and be filed with the Court and served in accordance with the Third Amended Order Pursuant To 11 U.S.C. § 105(a) And Fed. R. Bankr. P. 1015(c) And 9007 Establishing Notice and Case Management Procedures in these cases [Docket No. 5670] so as to be actually received by the parties on the Master Service List, including the undersigned special counsel to the Committee, not later than August 5, 2010, at 4:00 p.m. (Eastern Time).

PLEASE TAKE FURTHER NOTICE that if no objections are timely filed and served with respect to this motion, the relief requested by this motion may be granted without a hearing.

3

Dated: New York, New York
      July 1, 2010

BUTZEL LONG,
a professional corporation

By: /s/ Eric B. Fisher
Barry N. Seidel
Eric B. Fisher
Katie L. Cooperman
380 Madison Avenue, 22nd Floor
New York, New York 10017
(212) 818-1110

*Special Counsel to the Official Committee of Unsecured Creditors of Motors Liquidation Company f/k/a General Motors Corporation*