**DICKSTEIN**SHAPIRO LLP

1633 Broadway | New York, NY 10019-6708
TEL (212) 277-6500 | FAX (212) 277-6501 | dicksteinshapiro.com

*Eric B. Fisher*
*fishere@dicksteinshapiro.com*

August 4, 2011

**BY HAND**

Honorable Robert E. Gerber
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re:    *Official Committee of Unsecured Creditors of Motors Liquidation*
       *Company v. JPMorgan Chase Bank, N.A., et al.,* Adv. Pro. No. 09-00504

Dear Judge Gerber:

       We represent the Official Committee of Unsecured Creditors (the "**Committee**") of
Motors Liquidation Company f/k/a General Motors Corporation in the above-captioned matter.
We write in response to the July 29, 2011 letter filed by JPMorgan Chase Bank, N.A.
("**JPMorgan**"), which enclosed a copy of the unpublished decision in *AEG Liquidation Trust v.
Toobro N.Y. LLC,* 32 Misc. 3d 1202(A) (Sup. Ct. N.Y. County 2011) (unpublished table
decision), *available at* 2011 WL 2535035.

       The *AEG Liquidation* case is not on point. In *AEG Liquidation*, there was no dispute that
the UCC-3 termination statements at issue were filed "without authorization and without the
knowledge of [the secured creditor]." *Id.* at *2. In this case, however, the UCC-3 termination
statement at issue, unlike *AEG Liquidation*, was authorized by the secured creditor, JPMorgan,
as set forth on the face of the termination statement, in express escrow instructions and e-mail
correspondence.

       Counsel for JPMorgan correctly points out that the *AEG Liquidation* court criticized
*Roswell Capital Partners LLC v. Alternative Constr. Techs.*, No. 08 Civ. 10647 (DLC), 2010
WL 3452378 (S.D.N.Y. Sept. 1, 2010) to the extent that the *Roswell* court suggested that even
unauthorized UCC-3 termination statements may be effective. *AEG Liquidation Trust,* 2011 WL
2535035, at *9, n.1. While that particular issue of law may be unsettled, in this case it need not
be reached because the undisputed facts show that JPMorgan authorized the filing of the UCC-3
termination statement relating to the term loan.

**DICKSTEIN**SHAPIRO LLP

       Accordingly, for all of the reasons set forth previously in our briefs, the Committee respectfully seeks a ruling that JPMorgan's lien was unperfected as of the petition date and, thus, is avoidable under 11 U.S.C. § 544(a).

                         Respectfully,

                         /s/ Eric B. Fisher
                         Barry N. Seidel
                         Eric B. Fisher

cc:    John M. Callagy, Esq. (via e-mail and First Class Mail)